# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANTHONY P. TUFARO, D.D.S., M.D., F.A.C.S.<br><br>            Plaintiff,<br><br>v.<br><br>(1) STATE OF OKLAHOMA, *ex rel.,* BOARD REGENTS OF THE UNIVERSITY OF OKLAHOMA,<br><br>(2)  JASON R. SANDERS, M.D., MBA, in his individual capacity and his official capacity as the Senior Vice President and Provost,<br><br>(3) JOHN P. ZUBIALDE, M.D., in his individual capacity and his official capacity as the Executive Dean of the College of Medicine,<br><br>(4) STEVEN M. SULLIVAN, D.D.S., F.A.C.S., F.A.C.D., in his individual capacity and his official capacity as Chair of the Department of Surgical Sciences,<br><br>(5) KEVIN S. SMITH, D.D.S., in his individual capacity only;<br><br>(6) PAUL S. TIWANA, D.D.S., in his individual capacity only; and<br><br>(7) BARISH H. EDIL, M.D., FACS., in his individual capacity and his official capacity as the Chair of the Department of Surgery.<br><br>            Defendants. | **Case No.: CIV-20-1138-J**<br><br>**(Removed from Oklahoma County District Court Case No: CJ-20-5001)** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant, Steven M. Sullivan, in his

individual and official capacities ("Sullivan"), respectfully submits this Notice of Removal of the referenced action from the District Court of Oklahoma County, State of Oklahoma, to this Court.   In support of its removal, Sullivan states the following:

**JURISDICTION**

1. <u>General</u>.   Under the provisions of 28 U.S.C. § 1331, this Court has original jurisdiction over this civil action.   Pursuant to the provisions of 28 U.S.C. § 1441, the action may be removed to this Court, because Plaintiff claims violations of his civil rights pursuant to 42 U.S.C. §1983. (Exhibit 3, Petition, ¶ 11).

2. <u>Identity of Defendant</u>.   Steven M. Sullivan is the proper name of the removing defendant in this action.

3. <u>Federal Claims</u>.   Plaintiff's claims against Sullivan are for violation of rights secured by the First and Fourteenth Amendments to the United States Constitution. (Exhibit 3, Petition, ¶11).   Plaintiff also asserts claims against Sullivan under the Oklahoma Governmental Tort Claims Act, 51 O.S.A. §151, *et seq.* and for interference with a business relationship.

4. <u>Consent to Removal</u>.   Pursuant to 28 U.S.C. §1446, all defendants have unanimously consented to the removal of this matter to federal court, including the State of Oklahoma *ex rel.* Board of Regents of the University of Oklahoma, Jason R. Sanders, John P. Zubialde, Kevin S. Smith, Paul S. Tiwana and Barish H. Edil.

5. <u>Immunity</u>.   By consenting to removal, the University hereby reserves and does not waive any right to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's

jurisdiction of the allegations of Plaintiff's Petition or any proposed amendment thereto, including allegations of entitlement to relief thereunder, including, but not limited to Eleventh Amendment immunity and sovereign immunity. *See Neiberger v. Hawkins*, 70 F.Supp.2d 1177, 1187-88 (D. Colo. 1999). The consent to removal in no way waives the right to immunity from liability retained by the University of Oklahoma with regard to all claims. *Trant v. Oklahoma*, 754 F.3d 1158, 1172-73 (10th Cir. 2014); *see also Hall v. Oklahoma Dept. of Rehabilitation Services*, No. CIV-17-497, slip op. (W.D. Okla. Feb. 20, 2018).

## TIMELINESS OF REMOVAL

5. Plaintiff filed his Petition on October 19, 2020.

6. Plaintiff served Sullivan with the Petition on October 22, 2020, claiming for the first time violation of civil rights pursuant to 42 U.S.C. §1983.

9. Notice of Removal is timely filed under 28 U.S.C. § 1446.

## ATTACHMENTS

10. Pursuant to 28 U.S.C. § 1446(a) and LCvR81.2, attached hereto as Exhibits 1-5, respectively, the following is a complete list of the process, pleadings, and orders that have been served and/or filed, along with a copy of the docket sheet of the case.

Exhibit 1 – Entry of Appearance of Courtney D. Powell on behalf of Plaintiff;

Exhibit 2 – Entry of Appearance of George Freedman on behalf of Plaintiff;

Exhibit 3 – Petition;

Exhibit 4 – Entry of Appearance of Shannon F. Davies; and

Exhibit 5 – Copy of the docket sheet.

Defendant, Sullivan, removes the State Court Action to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

s/Heidi J. Long
Heidi J. Long, OBA #17667
Tina S. Ikpa, OBA #32193
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
hlong@ou.edu
tsikpa@ou.edu

*Attorneys for Defendant, Steven M. Sullivan*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Shannon F. Davies
George Freedman
Courtney D. Powell
SPENCER FANE
9400 N. Broadway Extension, Suite 600
Oklahoma City, OK   73114
*Attorneys for Plaintiff*

s/Heidi J. Long
Heidi J. Long