# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) ANTHONY P. TUFARO, D.D.S., M.D., F.A.C.S., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **Case No. CIV-20-1138-J** |
| (1) STATE OF OKLAHOMA, ex rel. THE BOARD OF REGENTS for the UNIVERSITY OF OKLAHOMA, | ) ) ) ) ) | (Removed from Oklahoma County District Court Case No. CJ-20-5001) |
| (2) JASON R. SANDERS, M.D., MBA, in his individual capacity and his official capacity as the Senior Vice President and Provost, | ) ) ) ) ) | |
| (3) JOHN P. ZUBIALDE, M.D., in his individual capacity and his official Capacity as the Executive Dean of the College of Medicine, | ) ) ) ) ) | |
| (4) STEVEN M. SULLIVAN, D.D.S., F.A.C.S., F.A.C.D., in his individual Capacity and his official capacity as Chair of the Department of Surgical Sciences; | ) ) ) ) ) ) ) | |
| (5) KEVIN S. SMITH, D.D.S., in his individual capacity only, | ) ) ) | |
| (6) PAUL S. TIWANA, D.D.S., in his individual capacity only, | ) ) ) | |
| (7) BARISH H. EDIL, M.D., F.A.C.S., in his individual capacity and his official capacity as the Chair of the Department of Surgery, | ) ) ) ) ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

1

## PLAINTIFF DR. TUFARO'S AMENDED MOTION TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1, Plaintiff, Anthony P. Tufaro, D.D.S., M.D., F.A.C.S., ("Dr. Tufaro") requests leave to file a response in excess of 25 pages. In support, Dr. Tufaro states the following:

1. Defendant State of Oklahoma *ex rel.*¸ Board of Regents of the University of Oklahoma filed a Motion to Dismis (Dkt. No. 5) on November 17, 2020. Defendants Jason Sanders, John P. Zubialde, Barish H. Edil, and Steven M. Sullivan filed a Motion to Dismiss (Dkt. No. 6) on November 17, 2020. Defendants Kevin S. Smith and Paul S. Tiwana also filed a Motion to Dismiss (Dkt. No. 7) on November 17, 2020. The motions to dismiss filed by Defendants (Dkt. Nos. 5 – 7) will be collectively referred to herein as the "Motions to Dismiss."

2. Dr. Tufaro's response to the Motions to Dismiss is December 8, 2020.

3. Pursuant to Rule 7.1(e), a response brief is to be no more than 25 pages.

4. Dr. Tufaro requests that he be granted an additional 5 pages to respond to the Motions to Dismiss.

5. The issues raised in the Motions to Dismiss are interrelated and overlapping. As a result, Dr. Tufaro will be filing one, combined response to the Motions to Dismiss instead of three separate, 25-page briefs. To adequately address the issues in one combined response, an additional 5 pages is needed.

6. Defendants do not object to the request.

7. This is the first request to file excess pages.

## RELIEF REQUESTED

Dr. Tufaro requests that he be permitted to file a combined response to the Motions to Dismiss not to exceed 30 pages.

Respectfully submitted,

s/Courtney D. Powell
Shannon F. Davies, OBA No. 13565
George S. Freedman, OBA No. 15764
Courtney D. Powell, OBA No. 19444
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile:  (405) 844-9958
Email: sdavies@spencerfane.com
gfreedman@spencerfane.com
**Attorneys for Plaintiff, Dr. Anthony P. Tufaro, D.D.S., M.D., F.A.C.S**

**ATTORNEY'S LIEN CLAIMED**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, I electroncially transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit Notice of Electronic Filing to the following ECF registrats:

Heidi J. Long (hlong@ou.edu)
Tina S. Ikpa (tsikpa@ou.edu)
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
*Attorneys for Defendants*

s/Courtney D. Powell