**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY P. TUFARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-1138-J |
| ) | |
| STATE OF OKLAHOMA, ) | |
| ex rel. THE BOARD OF REGENTS FOR ) | |
| THE UNIVERSITY OF OKLAHOMA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant Kevin S. Smith's and Defendant Paul S. Tiwana's motion for leave to amend or correct their motion to dismiss, which Plaintiff does not oppose. [Doc. Nos. 18, 19]. Upon review and for good cause shown, Defendants' motion is GRANTED. Defendants Smith and Tiwana may amend or correct their motion to dismiss [Doc. No. 7] within 14 days of this order. Within 21 days thereafter, Plaintiff may file an amended combined response to Defendants' Motions to Dismiss (including, without alteration, previously filed responses to Docket Numbers 5 and 6), with an additional page allowance of 5 pages, if necessary (i.e., not to exceed 35 pages). And within seven days of Plaintiff's amended filing, Defendants Smith and Tiwana may file an amended reply.

IT IS SO ORDERED this 28th day of December, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE